UNTED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAYNE ROBINSON,

        Plaintiff,

v.

CITY OF FARMINGTON HILLS, a
Michigan municipal corporation d/b/a
FARMINGTON HILLS POLICE
DEPARTMENT, and JEFF KING,
in his individual and official capacity,

        Defendants.

Case No. 2:21-cv-10150-SFC-CI

Hon. Sean F. Cox

| Joel B. Sklar (P38338) | Thomas L. Fleury (P24064) |
|---|---|
| LAW OFFICES OF JOEL B. SKLAR | Gouri G. Sashital (P64628) |
| Attorneys for Plaintiff | Mindy G. Barry (P70298) |
| 500 Griswold, Suite 2450 | KELLER THOMA, P.C. |
| Detroit, MI 48226 | Attorneys for Defendants |
| 313-963-4529/313-963-9310 Fax | 26555 Evergreen Road, Suite 550 |
| joel@joelbsklarlaw.com | Southfield, MI 48076 |
| | 313-965-7610/313-965-4480 Fax |
| | tlf@kellerthoma.com |
| | gsr@kellerthoma.com |
| | mgb@kellerthoma.com |

## **STIPULATED ORDER TO DISMISS**

Dwayne Robinson ("Plaintiff") and the City of Farmington Hills, a municipal corporation doing business as Farmington Hills Police Department, and Jeff King ("Defendants"), by and through their respective attorneys, hereby stipulate to

dismiss the above-captioned matter as to the claims and defenses between Plaintiffs and Defendants, with prejudice and without costs or attorney fees as to any party.

This matter having come before the Court on the stipulation of the parties, and the Court being fully advised:

IT IS HEREBY ORDERED that upon agreement of all parties to this matter, this case is dismissed with prejudice and without costs, interest, or attorney fees as to any party. This order resolves the last pending claim and closes the case.

**SO ORDERED.**

Dated:  March 2, 2022                                  s/Sean F. Cox
                                                                        Sean F. Cox
                                                                        U. S. District Judge


Approved as to form and content:

/s/ Joel B. Sklar (w/consent)                   /s/ Thomas L. Fleury
Joel B. Sklar (P38338)                             Thomas L. Fleury (P24064)
Attorneys for Plaintiff                              Attorneys for Defendants

Dated:  February 24, 2022